RECEIVED
AUG 14 2023
Legal Programs Department

SCANNED at LSP and Emailed
8/14/23 by LH·O pages 8
date   initials   No.

Case 2:23-cv-03353-CJB-JVM Document 7 Filed 08/14/23 Page 1 of 8

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Aug 14, 2023
CAROL L. MICHEL
SMS   CLERK   Angola

United State District Court
Middle District Court of Louisiana

Antoine Edwards 748056
     Plaintiff-Petitioner
v.                                            Civil Action NO
                                              23-324-BAS-EWD
State of Louisiana ET Al
     Respondent
Tracey Flemming Davillier Bradley Scott
     Defendant-Appelle

Memorandum In support of omnibus motion to leave
motion of Appearance 28 U.S.C.A §2281/2284 motion of Ad Hoc
Conclusion of law Fed.R.Civ.P.2(a) 25 U.S.C §1-3 motion to Leave
modify Supplemental Jurisdiction. Fed.R.Civ.P.9 special matter
Writ of Prohibition 28 U.S.C.A §1332 Writ of Prerogative speedy Remedy.

ORDER/Reason

Jurisdiction statement

I hereby Ask for Concurrent jurisdiction In the matter at hand Due to Eastern
District Deny Due process And I'm Also In Middle District Unlawful with
out Commitment LSA R.S 15:824 28 U.S.C.A §2281 As the Illegal Sentence
Is void on It's face Due to local Judgment It void for void for vagueness
As to Equal protection of the law It is A Miscarriage of Justice Not to give.
legal Conclusion on Matters for the Requirement of Justice. As jurisdiction
In Rem On New Orleans Criminal local Court Judgment 4/ Judicial
District Court of limited Criminal and Civil Matter. Need to be Address
The Quo Warranto of the local Court Usurping powers jurisdiction In matters
of Want of Consideration And prosecution when there only De facto Court
Public officer Conservative of peace Higher Crime Goes To Federal District
Court As A Writ of prohibition Is proper Due to the Unconstitutional
Unlawful white collar crime Fraud in Court Fraud In law Fraud In Fact
By Fraudulent practice of local Court In Illegal Capacity of perem patriae
For Individual Claimant Is all Fraud and void - Fiat justitia As
Consent Is Given For Judgment In Rem Concurrent jurisdiction
As the Requirement of law 28 U.S.C §2241(D) In the False Imprisonment
Illegal Restraint Wrongful Conviction By Forgery False Pretense Illegal Unlawful
Activity. May Justice be Serve According to Constitutional law of U.S of
America for we are the people protected by the Constitution from Arbitrary Government

A

United State District Court
Middle District of Louisiana

United States Ex Rel Antoine Edwards 748056

VS

State of Louisiana Et. Al

Civil Action No
23-324-BAJ-EWD

Supplemental Jurisdiction | Memorandum In Support of motion to leave modify proper Defendants 25 U.S.C. § 1 | Notice of Appearance

ORDER/Reason

Now comes Antoine Edwards In propria persona Respectfully pursuant the Above Title wit:

As to the proper Defendant And Corporation Is New Orleans local Government public Corporation And Organization last Conspirator
1. New Orleans police Department Detective Theophlius Kent
2. District Attorney office of Orleans Bradley Scott
3.) New Orleans Criminal Court in New Orleans LA. Tracey Flemming Daville

As to 18 U.S.C. § 3161 48(b) In the Speedy Trial Act violation As To The Only Remedy when violation of A Speedy Trial Act Vacate of Sentence Dismissal with prejudice. As the Docket master will Reflect the Conflict of Interest, Ineffective Counsel, Abuse of Discretion. And void judgment enforceable Due to local limited jurisdiction.

As to the judgment by the local Court New orleans Criminal Court with limited jurisdiction Cannot try Infamous Crime As Murder Indictment It's judgment Is void null void for vagueness. Also In violation of LSA R.S 15:824 of Commitment In the Illegal Sentence by Usurpation. For the pass 3 year I have been Inflicting Pain, suffering Emotional Distress cruel and Unusual punishment Still to this day my life Is In Emminent Danger. They Confiscate my law work took all my property. Place In a cell the Hot Box. No sanitary Supple, Only one pair of Boxer. Refusing me of Showers some

1

Days. Unreasonable Arrest and Seizure to Perform homosexual Sadistic Acts just to see my Body. If you was to look at the whole of my Consolidate Complaint. I Suffer from A Judgment that is void. Invalid Counterfeit Indictment. Art 384 Bill of Information Is void Nugatory. Recently had to Defend my self. It has been 3 year Stuck In 23-1 sometimes 23:45 Due to A Local Court Unconstitutional Unlawful wrongful Conviction As the Supremacy Clause Is the law of the Land. I'm In a filthy cell No sheets, the officer Is Intentionally harassing me. Denial At all Court the 14th Amendment Equal protection of the law. Like to present my case As A Right to be heard Due process of law. The Court Failure to give Copies of my own Record In the Fraudulent concealment of Spoliation of Record. As to My 9th Amendment Freedom from Contract Conscience, And pursuit of Happiness my Retained Right And Human Right has been violated. Been getting tormenting Agonized for 3 years. Still to this Day Now urgently Need Help. I'm Box In only thing I could do is law work.

<u>Judgment Is Brutum Fulmen</u>

As to the political Embezzlement by the Local New orleans Pariss Government In the Fraudulent practice Under poven patrice Is Illegal Due to I have to Affect half of the Citizen before A state can sue. Also A have to be for a Child or Insane person. As to the misconduct of office, Malfeasance of office, Usurpation of office. As A Requirement of law. As to the Applicable law. My Docket Master And the Record will prove My Innocence Also Constitutional tort Liability of Conspiracy And Co Conspirator. Intentional Tort, Negligent tort. As the Record will Reflect All proof of factual Arbitrary Tyranny. Local Court Abuse of Power Color of law Color of Authority As public officer Is not constituted Authority Under Congress of U.S. Judiciary Act And Judicial Branch Department. I know law Great. Like to present my case for Redress of Equal Treatment And Equal Protection No Discrimination. With my Appearance In court. As the Civil Action Due Could not get Habeas Corpus Redress. I was Challenging the Due process of Incarceration

2

All Citation of All Law As A Property of Law the life has been Denied Equal protection As A Requirement of law. And my personality Is a great lawyer, Historian, Anthropologist, Theologist, Humanitarian, Social Activist, professional Chef, Barber All these values of self Is the property of my family And Earning protecting, Supplying there Needs, for I'm the property of my wife and kids As they are the custody of Me. I Govern my family. Love them Do Everything for them. As my case have Enough law to Entertain all matters, that Need to be Address Even wrote the History of law. The Origin of law. Now I'm gone be a great lawyer Paralegal. As the System Depriving me of my Liberty Justice And Freedom for All.

As Native orleans Native American Indian law.

As to the lack of Jurisdiction of Native American Affair. The BIA Bureau of Indian Affair, And Administration for Native American As Needed the Indian Claims of Commission For I'm being held as a political hostage by local Court of New orleans criminal Court who lacked Authority to Sentence to life And Illegal ship me to Angola As to this Day. Being harassed. Like the more I file the more I get harassed. I'm in the Hot Box. As According to LSA R.S. 15:824. There is no Authority and Right For me to be in Angola There is no Commitment Record From Attorney General. Also he only Sue for the Interest of the State I know law and my Rights. As the wrongful death also cannot be the cause of Action for a Civil Suit. As I fear for my life. Just had got at least 5 staples In my head Right Now A week Ago from the Harassment of the officer As partnership of the public Corporation It's has always been a Conspiracy to keep me In the cells. Cause they see I know law. I'm Right they wrong All they done will be used Against them In the Court of law. Check Docket master Speedy Trial Act violation Is mandatory According 14 to the Applicable law my lord protect his chosen one can't get Around that one. He is the Blessed Best of Planner. Not a leaf fall of the tree without my

3

Lord Knowing As to those facts, And opposition be for the
1. Bill of Information Invalid void. Bill of Attainder U.S.C. Art I §9
Cl.3 prohibited. void on it face False Imprisonment Illegal Restraint
2.) Speedy Trial Act violation 18 U.S.C. §3161 §8(b) Mandatory when you violate Constitutional Right Vacate of Sentence Dismissal with prejudice Is the only Remedy. Strunk v. U.S., Supra. Don't have law book to do citation
3) LSA R.S. 15:824 Commitment For L.A. Dept of Justice to be committed to Angola Dept of public safety and Correcti 28 U.S.C.A §2281 F.S.A §839.21. As sentence was not According by law Not the Attorney General Action locals.
4.) R.S. 15:1177 Right to population since 7-28-20 Never been Release Note All Citation Is In Edwards v. Hooper 22-2199 Also Remand by this court Due process of Claims Against the prison Need Justice Equally. Not Discrimination

I Ask this Honorable please get me from Angola my life Is In Danger I'm Still Around the Same ones harassing me also the Same ones that Jumped on me when we had a fight. I been taking all type of Inhumane treatment cruel and Unusual punishment As the court Stated they Transferred the Case to Orleans. As A matter of Right I'm not lawfull Sent to Angola being held as A political Hostage I ask to be transferred to my parish or prison F.B.I protective Custody. Even though By law And Requirement of law Suppose to be with my wife. As it
Speedy Remedy Right to Action Due to fear of life prays for the protection of law from Tyranny Public Corporation Organization seek political Asylum. As to Discrimination Is to Deny one And treat another differently See All has been denied Discrimination <u>Prays for R.O.R As Requirement by law</u>
1. Prays for Immediate Release Due to Speedy Trial Act violation on 8-26-2019.
2. Prays to be Remove back to Jurisdiction life In Danger
3.) pray As the Applicable law vacate of sentence Dismissal with prejudice
4.) All Remuneration the court deem Just Accordingly to law
5.) Return back to Status quo.
6.) No Retaliation from Administration
7.) Assign Indian Claim Commission
8.) Assign Federal Agent F.B.I.
9.) Remove from Angola Soon As possible until matters Is Resolved. A.S.A.P.

Exceptional Circumstance warrant Equal protection Equal treatment of law for Individual with Liberty and Justice for All As Republic we stand One Nation. As the Records will Reflect All that Mr. Edwards Been through And the Court Failure Due to Culpable Negligence of Legal Negligence to Do Legal Duty and obligation of Legal Ethic As to Administrative law Require Justice to be serve As the Rudimentary Justice should be done Speedily. As to All the Abuse, Agonizing, tormenting, pain suffering At Angola when Mr. Edwards Is Here Illegally hidden In A vicinity under Lynch law Inflicting pain and torment. Has been Spray Numerous of time with Aggravated Assault with that chemical Agent Spray. As According to law I'm not suppose to be here. Also the The local Court New Orleans Criminal Court Judgment is void, as to the Quasi Contract void Due to want of prosecution. All the Applicable law has been Apply to All case And All Judge Refuse to Acknowledge Mr. Edwards wonderful work of knowing law. I would be A great Paralegal But Due to Discriminatory practice Refuse to be Acknowledge For who I'm am A Great Man. The Government has shatter my Image Libel, Defamation And Reputation But my work Ethic Speaks for Itself. Since 17 years old work all through the French Quarter until 2015 when me And my wife relocated for a better living. As I been Imprisonment under False Arrest. My work and Law Ethic has grew. That All I Do Is law, Study Theology about Allah-God. And write book And Help people. As the Requirement of law As Allah Is the witness of the Truth that shall set me free According to law and Jurisprudence. I'm not no Killer. I'm a great Father And Husband, Brother And Friend. I work all my life. If I don't Fight for my freedom I would be one of those Innocent men Rottening In prison Due to professional White Collar Crime of local officers who feel they above the law. Even Trump, Governor, All Commit crimes. But I'm Innocent And the Case Is proof of the Corruption of a local parish Judgment that is void on it Face Due to lack of subject matter, I'm now In prison from a State judgment Its A Defacto Judge Void Judgment.
Locally.

United States District Court
Middle District of Louisiana

United State ex Rel Antoine Edwards 748056
          Plaintiff - Petitioner
  vs
State of Louisiana Et Al
          Respondent

Civil Action No
23-324-BAJ-EWD

## Judgment on merit

It is hereby prays that a judgment be Apply According to the applicable law as Requirement of Justice As to the Concurrent Jurisdiction. I pray for the Administrative law to be Apply. As to Appearance I Like to present my Case. Even though the Court have enough Documentation As Due process and have the Right to be heard before being Condemned. As A lot of Action has transpired In this jurisdiction since been over here Illegally 10-19-19 And been Degrading, mistreated Denied Due process, Turn a blind eye to the Call for Equal protection of the Court. I pray that a Judgment be Rule In favor of the plaintiff from the public Tyranny public Corporation of public officer misconduct As the Judgment from Local Court of Criminal Jurisdiction Is void.

As the State of Louisiana has Nothing to do with the Judgment It's all local usurpation of office and Franchise by color of law As I know law also As to the 9th Amendment of Conscience freedom from Contract And pursuit of Happiness As Requirement of Justice Accordingly to 18 U.S.C. §3161 48 b Mandatory Dismissal with prejudice Vacate of Sentence R.O.R until Stipulation of Remuneration may The Judgment be Granted As the law requires-28 U.S.C. §2241(c)(1) The District Denial of Redress And Dismissal of any Case as a bribery for a friend please Adjudicate
Respectfully Submitted August 12, 2023

Antoine Edwards 748056
17544 Tunica Trace
Tucker A#15
Angola LA 70712

Affidavit

I hereby swear all Is true to the best of my knowledge under the penalty of perjury 28 U.S.C. §1746

Constructive Notice    Certificate of Service    Publication of Service

I hereby ask the Court as I serve this foregoing matter to the Clerk as a true and correct copy By Scanner or Email I ask Due to the Inhuman Treatment being on 23-1 for the best 3 years things has only been getting worster help has never come. All I could do is law and mail. Can't get No help, No stamp. I'm in a Isolated Hot box Room being harassed Daily. running out of paper And Ink. I try to get help Everywhere would you please serve these parties 28 U.S.C. § 1915 It's Urgent still being Harass I'm In the cell But I do Defend myself. They spray mace and run off while I choking
C.C. Serve please Email or Scan. Technology And google Rule.

Neworleans Criminal Court "B"
Tracey Flemming Davillier

Neworlean Police Department Detective Unit
Theophlius Kent

Neworleans District Attorney office
Bradley Scott, Jason Napoli, Zachury Gtate

U.S. Dept of Justice office of Civil Right
Dylan Cowart

U.S. Dept of Justice F.B.I.
18134 E. petroleum Drive
Baton Rouge La 70809

LA Dept of Justice

William Most Civil lawyer
Promise of Justice Initiative

Wynton Yate
1024 Elysian Field.
Neworleans LA 70117

2581-5 Is Needed for Indians.
Indian Clevins Commission

Bureau of Indian Affair

Administration for Native American They have no legal Right over Indians.
Genocide Mass Incarceration

Antoine Edwards 748056
17544 Tunica Trace
Tu Upper A TOC
Angola LA 70712