UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTOINE EDWARDS | CIVIL ACTION |
| VERSUS | NO. 23-3353 |
| NEW ORLEANS POLICE DEPT., ET AL. | SECTION "J"(1) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 38), and petitioner's objections (Rec. Doc. 40), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

On December 12, 2023, Magistrate Judge van Meerveld recommended that, unless petitioner amended his federal applications to omit any and all unexhausted claims and only include the two claims ripe for federal review, the federal application for habeas corpus relief be dismissed without prejudice. (Rec. Doc. 38, at 17). She also recommended that his non-habeas claims be dismissed without prejudice to his right to raise them in a separate lawsuit filed pursuant to 42 U.S.C. § 1983 and in conformity with the Prison Litigation Reform Act. *Id.*

Petitioner did not amend his application as recommended. Instead, petitioner filed a fifty-one-page pleading entitled *Memorandum in Support of Omnibus Motion of Objection* (Rec. Doc. 40) containing several objections that the court finds duplicative of his arguments that the Magistrate Judge found to be either

unexhausted or improperly filed non-habeas claims. Petitioner also filed seven additional rambling and disjointed memoranda that appear to be in support of his objections. (Rec. Docs. 41-47). Although Edwards is proceeding *pro se* and is entitled to liberal construction of his arguments, the Court finds his objections and supporting memoranda to be frivolous. Accordingly,

**IT IS HEREBY ORDERED** that Antoine Edwards's objection (Rec. Doc. 40) is **OVERRULED**, and the Magistrate Judge's Report and Recommendation (Rec. Doc. 38) is **APPROVED** and **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that Antoine Edwards's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 and his non-habeas claims be **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 23rd day of January, 2024.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**