UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTOINE EDWARDS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-3353** |
| **NEW ORLEANS POLICE DEPT., ET AL.** | **SECTION "J"(1)** |

### ORDER

On May 13, 2024, this Court Ordered that Edwards be prohibited from filing additional pleadings in this case without written permission from the Court. (Rec. Doc. 56). Despite that Order, Mr. Edwards has continued to file or attempted to file various frivolous and disjointed pleadings and memoranda regarding the claims at issue in this case in both this court and now in the Middle District of Louisiana. The Middle District has forwarded to this Court photocopies of what was filed erroneously in that court.

Then, on May 14, 2024, Mr. Edwards filed a motion styled "*Motion for Leave Ex Parte Applications Collateral Attack*." **(Rec. Doc. 59).** For the reasons previously stated, all of Mr. Edwards's pleadings and memoranda are hereby stricken from the record, and the relief sought is hereby **DENIED**.

In addition, in light of Mr. Edwards's violation of the prohibition on filing additional pleadings without written permission, **IT IS HEREBY ORDERED** that Mr. Edwards is **SANCTIONED** in the amount of $250.00, which shall be paid to the

Clerk of the District Court for the Eastern District of Louisiana, within 30 days of this Order.

New Orleans, Louisiana, this 22nd day of May, 2024.

                                                  **CARL J. BARBIER**
                                                  **UNITED STATES DISTRICT JUDGE**